AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__EASTERN__    DISTRICT OF    __OKLAHOMA__

SOUTHERN STAR, INC.,
  Plaintiff

vs.

DISPUTE SOLUTIONS, INC.,
  Defendant.

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for
  the Plaintiff, Southern Star, Inc.

  I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/20/2006 | /s/ |
| Date | Signature |
| | W. Kirk Turner — 13791 |
| | Print Name — Bar Number |
| | 15 West Sixth Street, Suite 2700 |
| | Address |
| | Tulsa — OK — 74119-5423 |
| | City — State — Zip Code |
| | (918) 587-0101 — (918) 587-0102 |
| | Phone Number — Fax Number |