AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __OKLAHOMA__

SOUTHERN STAR, INC.,
 Plaintiff,

vs.

DISPUTE SOLUTIONS, INC.,
 Defndant.

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Plaintiff, Southern Star, Inc.

I certify that I am admitted to practice in this court.

| 1/20/2006 | /s/ Jon M. Payne |
|---|---|
| Date | Signature |

| Jon M. Payne | 17910 |
|---|---|
| Print Name | Bar Number |

15 West Sixth Street, Suite 2700
Address

| Tulsa | OK | 74119-5423 |
|---|---|---|
| City | State | Zip Code |

| (918) 587-0101 | (918) 587-0102 |
|---|---|
| Phone Number | Fax Number |