# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Southern Star, Inc., | |
| Plaintiff, | |
| v. | Case No. 06-CIV-0030-WH |
| Dispute Solutions, Inc., | |
| Defendant. | |

## ORDER SETTING STATUS & SCHEDULING CONFERENCE

**PLEASE READ THIS ORDER CAREFULLY AS CERTAIN PROVISIONS HAVE CHANGED**.

This case is set for Status & Scheduling Conference on **MARCH 30, 2006** at **9:45 a.m.** before Judge Ronald A. White at the U.S. Courthouse, 5th and Okmulgee Streets, Room 227, Muskogee, Oklahoma. Requirements of Rule 26(f) of the Federal Rules of Civil Procedure are modified in part. Counsel are to meet as soon as practicable to discuss the nature and basis of claims and defenses and the possibility of prompt settlement.

1. Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure are to be exchanged and filed by **March 27, 2006.**

2. If appropriate, the parties are directed to file their disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure no later than **March 27, 2006.**

3. The parties are directed to file with the Clerk of the Court a Joint Status Report no later than **March 27, 2006.**

Attorneys shall make known to their clients the contents of the Report. The "Joint Status Report" form is to be completed and filed with the Clerk of the Court. Judge White's form for the report is available on the Court's website at www.oked.uscourts.gov.

*Please note the contents of the report form have changed! These changes apply only to those cases assigned to Judge Ronald A. White. Do <u>not</u> use an old form or another's judge's form.*

*You <u>may</u> be allowed to opt out of attending the Status and Scheduling Conference, <u>if</u> the Court concurs with counsel's agreement that a conference is not necessary. (See Section X of the Joint Status Report.) Counsel will be notified if the conference is stricken. <u>Counsel should appear at the conference unless notified otherwise by the Court.</u>*

Dated this 2nd day of March, 2006.

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma

2