IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SOUTHERN STAR, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 06-CIV-0030-WH |
| | § | |
| DISPUTE SOLUTIONS, INC., | § | |
| | § | |
| Defendant. | § | |

## ENTRY OF APPEARANCE

**COME NOW** James G. Wilcoxen and Curtis L. Marsh enter their appearance on behalf of the Defendant, Dispute Solutions, Inc., and hereby request any and all copies of any pleadings and notices be sent to each of them at their respective addresses.

Respectfully submitted,

By: _____
James G. Wilcoxen, OBA #9605
Wilcoxen & Wilcoxen
P.O. Box 357
Muskogee, OK   74402-0357
Telephone: (918) 683-6696
Facsimile:  (918) 682-8605

And

Curtis L. Marsh, TX Bar No. 13020050
900 Jackson Street, Suite 370
Dallas, TX   75202
Telephone: (214) 573-6310
Facsimile:  (214) 752-1140

Attorneys for Defendant

## CERTIFICATE OF MAILING

      I hereby certify that on the ____ day of March, 2006, I caused to be mailed a true and correct copy of the above and foregoing document to the following with proper postage prepaid:

W. Kirk Turner, Esq.
John Payne, Esq.
Newton, O'Connor Turner & Ketchum, PC
15 West Sixth Street, Suite 2700
Tulsa, Oklahoma 74119-5423

_____
James G. Wilcoxen