IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SOUTHERN STAR, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-06-030-WH |
| | ) | |
| DISPUTE SOLUTIONS, INC. | ) | |
| | ) | |
| | ) | |
| Defendant | ) | **JURY TRIAL DEMANDED** |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Southern Star, Inc., states as follows:

Southern Star, Inc. does not have a parent corporation and there is no publicly held corporation that owns 10% or more of the stock of Southern Star, Inc.

Respectfully submitted,

NEWTON, O'CONNOR, TURNER & KETCHUM,
A Professional Corporation

By: _____
W. Kirk Turner, OBA No. 13791
Jon M. Payne, OBA No. 17910
2700 Bank of America Center
15 West 6th Street
Tulsa, OK 74119-5423
Phone: (918) 587-0101
Fax: (918) 587-0102

**ATTORNEYS FOR PLAINTIFF,
SOUTHERN STAR, INC.**

## CERTIFICATE OF MAILING

This is to certify that on this 30th day of March, 2006, a true and correct copy of the above and foregoing *Plaintiff's Rule 7.1 Disclosure Statement* was served, via first class mail, postage prepaid thereon, to:

Curtis Lewis Marsh, Esq.
900 Jackson Street, Ste. 370
Dallas, Texas 75202

James W. Wilcoxen, Esq.
Wilcoxen & Wilcoxen
P.O. Box 357
Muskogee, Oklahoma   74402-0357

Jon M. Payne