**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SOUTHERN STAR, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-06-30-RAW |
| | ) | |
| DISPUTE SOLUTIONS, INC. | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**AGREED FINAL JUDGMENT**

ON THIS DAY, came before the Court the Joint Motion for Entry of Agreed Final Judgment ("Joint Motion") filed by Plaintiff, Southern Star, Inc., and Defendant, Dispute Solutions, Inc. (collectively, the "Parties"). The Parties seek entry of this Agreed Final Judgment as a part of the Parties' resolution of all disputes between them. The Court being advised in the premises finds there is no just cause for delay and expressly directs the entry of this Agreed Final Judgment as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the order of dismissal without prejudice entered in this matter (Document 38) be and hereby is **VACATED**.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff, Southern Star, Inc., ("Southern Star") recover from Defendant, Dispute Solutions, Inc.("DSI"), the sum of $100,000.00.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that DSI shall pay to Southern Star the sum of $75,000.00, payable at the rate of $1,562.50 per month for forty-eight (48) consecutive months, with the first payment due on or before August 15, 2006, and each subsequent payment due on or before the fifteenth (15th) day of each month thereafter until paid in full. Upon payment of all installments specified in this paragraph, the judgment granted herein shall be deemed

paid in full and satisfied. DSI may prepay any monthly payment(s) without penalty.  If DSI is more than ten (10) days past due on any monthly payment, Southern Star may seek issuance of a Writ of Execution hereon on the entire judgment amount of $100,000.00, less any payments already received from DSI pursuant to this paragraph, and may undertake any and all efforts allowed by law to collect such amount.  The Court finds based on the Joint Motion that, as of the entry of this judgment, the first eight monthly installment payments for the months of August 2006 through March 2007  have been made to Southern Star, Inc.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all outstanding requests for relief in this matter that are not granted herein are hereby denied.

**IT IS SO ORDERED** this 4th day of June,  2007.

*/signature/*
Ronald A. White

APPROVED AS TO FORM AND CONTENT:


   /s/   Jon M. Payne
W. Kirk Turner, OBA #13791
Keith A. Wilkes, OBA #16750
Jon M. Payne, OBA # 17910
**NEWTON, O'CONNOR, TURNER & KETCHUM**
**A PROFESSIONAL CORPORATION**
15 West 6th Street. Suite 2700
Tulsa, Oklahoma 74119-5423
(918) 587-0101
(918) 587-0102 - facsimile
**ATTORNEYS FOR PLAINTIFF,**
**SOUTHERN STAR, INC.**

- and -

    /s/   Curtis L. Marsh
Curtis L. Marsh
Texas Bar No. 13020050
370 Founders Square
900 Jackson Street
Dallas, Texas 75202
(214) 573-6311
(214) 752-1140 (facsimile)

**ATTORNEY FOR DEFENDANT,**
**DISPUTE SOLUTIONS, INC.**